11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Eric Gallardo

Appellant

Vs.       Nos. 11-01-00209-CR, 11-01-00210-CR,
11-01-00211-CR, 11-01-00212-CR, 

& 11-01-00213-CR B Appeals from Erath County

 

State of Texas

 Appellee

 

Appellant has filed in this court waivers of
the above appeals.  In each waiver,
appellant states that he Ano longer desires to pursue the appeal.@  The waivers are signed by both
appellant and his attorney. 
TEX.R.APP.P. 42.2.

The appeals are dismissed.

 

PER CURIAM

 

September 20, 2001

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.